**NOT FOR PUBLICATION**

In the

United States Court of Appeals

For the Eleventh Circuit

————————————

No. 25-12514

Non-Argument Calendar

————————————

PASSCO CADENCE DST,

  d.b.a.Cadence Sugar Hill,

                            *Plaintiff-Appellee,*

*versus*

FRED PALMER,

                            *Defendant-Appellant.*

————————————

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:25-cv-03762-SDG

————————————

Before JORDAN, NEWSOM, and LUCK, Circuit Judges.

PER CURIAM:

     Fred Palmer, proceeding pro se, appeals from the district court's July 14, 2025, order remanding his case to Georgia state

court for lack of subject matter jurisdiction.  We lack jurisdiction to review that order.  *See* 28 U.S.C. § 1447(c)-(d); *Whole Health Chiropractic & Wellness, Inc. v. Humana Med. Plan, Inc.*, 254 F.3d 1317, 1319 (11th Cir. 2001) (explaining that remand orders for which our review is barred include those based on lack of subject matter jurisdiction); *New v. Sports & Recreation*, 114 F.3d 1092, 1096 (11th Cir. 1997) (stating that "a district court does not have to expressly state its reliance on section 1447(c) to preclude appellate review"). Palmer did not remove the case under 28 U.S.C. §§ 1442 or 1443, so no exception applies.  *See* 28 U.S.C. § 1447(d); *BP P.L.C. v. Mayor & City Council of Balt.*, 593 U.S. 230, 238 (2021).

Accordingly, this appeal is DISMISSED, sua sponte, for lack of jurisdiction.